■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEVON GEDDES, Also Known as DEVONGEDDES BARKIN, Also Known as DEVON REYNOLDS, Appellant. [673 NYS2d 324] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Quinones, J.), rendered November 15, 1995, convicting him of murder in the second degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contentions on appeal are unpreserved for appellate review (*see*, CPL 470.05 [2]; *People v Starling*, 85 NY2d 509), and we decline to review them in the exercise of our interest of justice jurisdiction. Rosenblatt, J. P., Copertino, Santucci and Goldstein, JJ., concur.